UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDEV SINGH,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | Case No. 1:26-CV-09353-JLT-FJS<br><br>ORDER GRANTING ATTORNEY YUEMENG HE'S APPLICATION TO APPEAR PRO HAC VICE<br><br>(ECF No. 2) |

Before the court is the application of Yuemeng He, attorney for Plaintiff Baldev Singh for admission to practice pro hac vice. L.R. 180(b)(2). Following review, the application for admission to practice pro hac vice is HEREBY GRANTED. The pro hac vice attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE